ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| K&K Industries, Inc. | ) ASBCA No. 62444 |
| | ) |
| Under Contract No. FA4418-15-C-00015 | ) |

APPEARANCE FOR THE APPELLANT:    William A. Scott, Esq.
        Pedersen & Scott, P.C.
        Charleston, SC

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
        Air Force Deputy Chief Trial Attorney
        Kyle E. Gilbertson, Esq.
        Jason R. Smith, Esq.
        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 26, 2021

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62444, Appeal of K&K Industries, Inc., rendered in conformance with the Board's Charter.

Dated: April 26, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals